# EXHIBIT A

| POLICIES AND PROCEDURES | Page 1 of 3 |
| --- | --- |
| TENNESSEE PRISON FOR WOMEN | Index # 503.00-1 |
| | Effective Date March 1, 1999 |
| Approved by: [signature] | Supersedes: 503.03-1 (03/01/96) |

Subject: CLASSIFICATION/RECLASSIFICATION OF FEMALE OFFENDERS UNDER SENTENCE OF DEATH

UNOFFICIAL C

I. AUTHORITY: TCA 4-3-603, TCA 4-3-606

II. PURPOSE: To provide guidelines governing the custody level of female offenders under the sentence of death.

III. APPLICATION: TPW Employees and Inmates Under Sentence of Death.

IV. DEFINITIONS:

   A. Treatment Team: A group of staff members appointed by the Warden or designee to review program and custody level of offenders under sentence of death. The team will be made up of a counselor, a mental health professional, a ranking security officer, and the Deputy Warden or designee.

   B. Treatment Plan: A plan developed by the treatment team at initial classification and revised/updated as needed at each six month review. The plan shall include areas such as custody level, work, program and housing assignments, and medical or mental health referrals as needed.

V. POLICY: Female offenders under the sentence of death shall be classified as maximum custody at initial classification and shall remain at that level for a minimum of twelve months in TPW custody. After 12 months deathrow inmates will be eligible for a security reduction after a thorough review by the treatment team, reclassification board and final approval by the Warden.

VI. PROCEDURES:

   A. The treatment team shall review any offender under sentence of death prior to initial classification and develop a treatment plan.

B. When the offender has served a minimum of twelve months at the maximum custody level the treatment team shall again meet to review the inmates progress and make recommendations to the reclass panel.

C. The following options regarding custody level are available at the twelve month review:

1. Retain maximum custody level
2. Lower custody level to "close".

D. Inmates must be assigned to jobs and/or program according to custody level eligibility.

E. If the recommendation is to maintain maximum custody level the treatment team will continue to review the offender every six months for any program or custody changes.

F. If the recommendation is to lower the custody level to "close" and is approved by the reclass panel, the Deputy Warden and Warden, the offender shall be single-celled in Dorm I or Dorm II.

G. Deathrow inmates shall be required to attend orientation prior to program placement.

H. Six months after a reduction to close custody the treatment team may again review the offender's progress and recommend one of the following:

1. Maintain close custody level - offender may be double celled
2. Return to maximum custody level - offender single celled
3. Lower custody level to medium - offender may be double celled

I. The treatment team shall continue to review the offender's progress and make program recommendations every six months.

J. At no time shall the offender be placed on

any custody level lower than medium while she remains under sentence of death. Placement on medium security should be granted only after six (6) months of successful continuous program participation as recommended in treatment plan.

    K. The Deputy Warden and the members of the treatment team shall develop specific procedures for the implementation of the treatment team reviews and development of individual treatment plans.

    L. Any disciplinary infraction will cause the treatment team to re-convene to reevaluate program.

    M. When deathrow inmates are transported outside for any reason they shall be restrained and supervised as though they were on maximum security.

    N. The records office is to monitor death sentences and notify the Warden if the execution date is within 6 months. The inmate will be placed back on maximum security status and again housed in segregation. The reclass board will complete all required paperwork. Should the situation change, the inmate may again be placed on program as before.

VII. ACA STANDARDS: None.

VIII. EXPIRATION DATE: March 1, 2002

Approved by:

_____  Date: 4-16-99
Assistant Commissioner of Operations