# EXHIBIT B

```
MAGESH01              TENNESSEE DEPART'   ) OF CORRECTION        DATE:  10/30/2___
                      CLASSIFICATION CUST____Y ASSESSMENT FORM   TIME:  10:06:_
                                                                 PAGE:     1

 TOMIS ID:   00261368   PIKE, CHRISTA G.
 SITE NAME:  TENNESSEE PRISON FOR WOMEN
 COUNSELOR:  SIMPSON, WILLENE
 CAF DATE:   10/30/2007

 HISTORY OF INSTITUTIONAL VIOLENCE                                              0
      ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....    3      -----
      ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...    5      SCORE
      ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    7
       (LAST 42 MONTHS) .........................................
      ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    5
       (43 THROUGH 60 MONTHS) ...................................

 ASSAULT OCCUR WITHIN LAST SIX MONTHS                                           0
      NO .......................................................    0      -----
      YES ......................................................    3      SCORE

 SEVERITY OF CURRENT OFFENSE                                                    4
      LOW ......................................................    0      -----
      MODERATE .................................................    1      SCORE
      HIGH .....................................................    3
      HIGHEST ..................................................    4

 PRIOR ASSAULTIVE OFFENSE HISTORY                                               4
      LOW ......................................................    0      -----
      MODERATE .................................................    1      SCORE
      HIGH .....................................................    3
      HIGHEST ..................................................    4

 SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                                    8
      CLOSE  . . . . . 10-14.
      MAXIMUM  . . . . 15 OR MORE.



 ESCAPE HISTORY                                                               - 2
      NO ESCAPES OR ATTEMPTS ...................................   - 2      -----
      ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR          0       SCORE
       THREATENED VIOLENCE: OVER 1 YEAR AGO .....................
      ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR          1
       THREATENED VIOLENCE: WITHIN THE LAST YEAR ................
      ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN      5
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
      ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN      7
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR
```

Pike_TDOC_002156
Case 3:22-cv-00537    Document 9-2    Filed 08/15/22    Page 2 of 3 PageID #: 164

```
MAGESH01              TENNESSEE DEPART    ] OF CORRECTION     DATE:  10/30/2^^7
                   CLASSIFICATION CUS'l__Y ASSESSMENT FORM    TIME:  10:06:5
                                                              PAGE:      2

 TOMIS ID:  00261368   PIKE, CHRISTA G.
 SITE NAME: TENNESSEE PRISON FOR WOMEN
 COUNSELOR: SIMPSON, WILLENE
 CAF DATE:  10/30/2007

 DISCIPLINARY REPORTS - GUILTY                                        - 4
       NONE IN LAST 18 MONTHS .......................................  - 4   -----
       NONE IN LAST 12 MONTHS .......................................  - 2   SCORE
       NONE IN LAST 6 MONTHS ........................................  - 1
       NEW ADMISSION/PAROLE VIOLATOR.................................    0
       ONE IN LAST 6 MONTHS .........................................    1
       TWO OR MORE IN LAST 6 MONTHS .................................    4

 MOST SEVERE DISCIPLINARY RECEIVED                                      0
       CLASS C ......................................................    2   -----
       CLASS B ......................................................    5   SCORE
       CLASS A ......................................................    7

 DETAINER/NOTIFICATION/CHARGE PENDING                                   0
       MISDEMEANOR ..................................................    3   -----
       FELONY .......................................................    5   SCORE

 PRIOR FELONY CONVICTIONS                                              4
       ONE ..........................................................    2   -----
       TWO OR MORE ..................................................    4   SCORE

 SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                           - 2


 CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                        6
     CLOSE   . . . . . 17 OR MORE.                                     -----
     MEDIUM  . . . . . 7-16.                                           -----
     MINIUMUM . . . .  6 OR LESS.

     CAF CUSTODY LEVEL: MINIMUM
```

Pike_TDOC_002157