# EXHIBIT C

TOMIS ID:         00261368
Offender Name:    PIKE, CHRISTA G.
Institution Name: TENNESSEE PRISON FOR WOMEN

Classification Type: CLASSIFICATION                CAF Date: 10/30/2007

Status at time of Hearing: Gen.Pop.___ AS___ PC___ Other _____

Incompatibles: Yes ✓ /No___ Inmate agrees to waive 48 hr. hearing notice: ___

Scored CAF Range: MINIMUM        Current Custody Level: MAXIMUM

Panel's Majority Recommendation:

   Facility Assignment: TPFW       Transfer: Yes___ No ✓ Explain Below:
   Custody Level: Max
   Override Type: MSGR

   Justification, Program Recommendations, and Summary:
   Annual review, continue on maximum custody using
   override MSGR due to sentence of death. Continue
   discipline free.

Updated Photo Needed: Yes ___ No ✓
Offender Signature: Christa Pike            Appeal: Yes ___ No ✓
                                            If Yes, provide appeal & copy to Inmate

Panel Member Signatures:     Date: 10-30-07

Wanda Biggers / CCC          [signature]              W. Simpson C/M2
Chairperson                  Security Member          Treatment Member

If panel member disagrees with majority recommend, state specific reasons:


Approving Authority
Jewel Steele    10/30/07    Approve ✗  Deny ___
Signature       Date

If denied, reasons include: _____