# EXHIBIT D



TENNESSEE DEPARTMENT OF CORRECTION
**UNIT REVIEW PANEL HEARING**
DJRC
INSTITUTION

| Pike, Christa Gail | 261368 | B |
|---|---|---|
| Inmate Name  Last, First, Middle (Please Print) | TOMIS # | Current level |

Summary of inmate's current circumstances and comments regarding program level:

Met with Offender Pike 261368 on 12/22/21, last disciplinary was on 6/24/20 for PDR. Offender is currently a Level B offender approved by Warden Fisher.

HEARING DATE: 12/22/2021   REPORTING PERIOD from 06/28/2021 to 12/21/2021

**ACTION TAKEN BY PANEL:**

✓  Recommend continue at current level

A+  Recommend level change to Level

_____ Member

_____ Member          _____ Chairperson

COMMENTS: Met with Offender Pike 261368 for her hearing review. Offender stated, "she wants to be able to use the phone daily since she can't have a job. She requested to meet with the Unit manager before her next review to discuss some topics relating to a upcoming legal matter. Offender stated that she was not feeling well, but was doing ok otherwise.

UNIT MANAGER'S ACTION:   ✓ APPROVE     _____ DISAPPROVE

COMMENTS: _____ stated that he would run Inmate Pike's request by the Warden. NO further comments were made at this time, but monitoring will continue for offender. Phone use and job two separate entities. Allowed to perform work detail under proper supervision. Phone use according to policy.  12-22-21

APPROVED: _____ Signature _____ 12-23-21
         Warden                    Date
(For Level C changes only)

☐ APPROVED    ☐ DISAPPROVED    For death row inmates assigned to facilities other than TPW and RMSI only

_____ Assistant Commissioner of Operations _____ Date

CR-2937 (Rev. 2-06)   Original – Inmate Institutional Record   Copy–Inmate   Copy–Case Manager   RDA 1100