IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| CHRISTA PIKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:22-cv-00537 |
| | ) | |
| LISA HELTON, et al., | ) | Judge William L. Campbell, Jr. |
| | ) | |
| Defendants. | ) | Magistrate Judge Alistair E. Newbern |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants Lisa Helton, Interim Commissioner of the Tennessee Department of Correction; Lee Dotson, Assistant Commissioner of Prisons; Gloria Fisher, Warden of the Debra K. Johnson Rehabilitation Center ("DJRC"); Terry Barlow, Associate Warden of Security at DJRC; Daffany Baker, Associate Warden of Treatment at DJRC; and Clifford Jones, Unit Manager for Unit Three at DJRC hereby move to dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

Respectfully Submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Dean S. Atyia*
DEAN S. ATYIA (BPR # 039683)
Team Leader
Assistant Attorney General
CODY N. BRANDON (BPR # 037504)
Assistant Attorney General
ANDREW MIZE (BPR # 037034)
Assistant Attorney General

Law Enforcement and
Special Prosecutions Division
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-741-7982
Fax: (615) 532-4892
Dean.Atyia@ag.tn.gov
Cody.Brandon@ag.tn.gov
Andrew.Mize@ag.tn.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's electronic filing system on this the 20th day of September 2022, upon:

Angela Lee Bergman
Brian D. Roark
Hannah E. Webber
150 Third Avenue South
Suite 2800
Nashville, TN 37201

                /s/ *Dean S. Atyia*
                DEAN S. ATYIA

3

Case 3:22-cv-00537  Document 17  Filed 09/20/22  Page 3 of 3 PageID #: 190