IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **CHRISTA PIKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:22-cv-00537** |
| | ) | |
| **FRANK STRADA, et al.,** | ) | **District Judge Campbell** |
| | ) | |
| **Defendants.** | ) | **Magistrate Judge Newbern** |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff filed this suit to challenge the constitutionality of her conditions of confinement in the custody of the Tennessee Department of Correction ("TDOC") while housed at the Debra K. Johnson Rehabilitation Center ("DJRC") in Nashville, Tennessee. Defendants move the Court to dismiss Counts 7, 8, and 9 of Plaintiff's Amended Complaint for failure to exhaust administrative remedies.

Respectively, these three counts allege Defendants (1) violated the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132, *et seq*, by intentionally discriminating against Plaintiff because of a mental disability, (2) violated the ADA by failing to accommodate Plaintiff's mental disability, and (3) violated the Rehabilitation Act, 29 U.S.C. § 794, *et seq*, by intentionally discriminating against Plaintiff because of a mental disability.

Plaintiff did not properly exhaust the TDOC grievance procedure for these three claims before filing the lawsuit. Proper exhaustion of the prison grievance procedure with respect to each claim must occur *before* filing a federal lawsuit. Failure to exhaust is an affirmative defense that may serve as a basis for dismissal if properly raised and proven by the defendants.

For these reasons, and those set forth in the accompanying Memorandum of Law and supporting exhibits, Defendants respectfully asks the Court to grant this Motion and dismiss Counts 7, 8, 9.[1]


Respectfully Submitted,
JONATHAN SKRMETTI
Attorney General and Reporter

*s/ John R. Glover*
CODY N. BRANDON (BPR # 037504)
Assistant Attorney General
DEAN S. ATYIA (BPR # 039683)
Team Leader
Assistant Attorney General
JOHN R. GLOVER (BPR #037772)
Assistant Attorney General
STEVEN J. GRIFFIN (BPR #040708)
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-1982
Fax: (615) 532-4892
Dean.Atyia@ag.tn.gov
Cody.Brandon@ag.tn.gov
John.Glover@ag.tn.gov
Steven.Griffin@ag.tn.gov

*Counsel for Defendants*


[1] Defendants intend to move for summary judgment on the remaining claims prior to the dispositive motion deadline.

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's electronic filing system on this the 16th day of June 2023, upon:

Angela Lee Bergman
Brian D. Roark
Hannah E. Webber
150 Third Avenue South
Suite 2800
Nashville, TN 37201

*s/ John R. Glover*
JOHN R. GLOVER (BPR #037772)
Assistant Attorney General