UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTA PIKE,<br><br>    Plaintiff,<br><br>v.<br><br>LISA HELTON, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00537<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

A telephone conference with the Magistrate Judge regarding the parties' joint motion to continue discovery deadlines (Doc. No. 124) is set on August 10, 2023, at 9:30 a.m. Counsel for the parties shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge