UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTA PIKE,<br><br>    Plaintiff,<br><br>v.<br><br>LISA HELTON, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00537<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on August 10, 2023, regarding their joint motion to continue the case management deadlines in this action while the parties engage in mediation. (Doc. No. 124.) The parties' motion is GRANTED as follows:

All case management deadlines are SUSPENDED pending a further case management conference. By September 15, 2023, and every thirty days thereafter, the parties shall file a joint statement of the status of their mediation efforts.

The parties may request a case management conference at any time by filing an appropriate motion. If the parties are unable to resolve this matter through mediation, they shall move to set a case management conference and file a joint proposed amended case management order addressing all outstanding litigation deadlines and the target trial date.

The discovery conferences set on August 16, 2023, and August 23, 2023, are CANCELLED.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge