IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CHRISTA PIKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:22-cv-537 |
| v. | ) Judge Campbell/Newbern |
| | ) Judge Frensley |
| LISA HELTON, et.al, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

John R. Glover, Assistant Attorney General, respectfully submits this Notice of Withdrawal pursuant to Local Rule 83.01(g). Assistant Attorney General Cody Brandon, Donna Green, and David Wickenheiser will continue to represent the Defendants. Neither Plaintiff nor Defendants will be prejudiced by this withdrawal.

                          Respectfully submitted,

                          JONATHAN SKRMETTI
                          Attorney General and Reporter

                          s/*John R. Glover*
                          JOHN R. GLOVER (BPR 037772)
                          Assistant Attorney General
                          Law Enforcement and
                          Special Prosecutions Division
                          Office of the Attorney General
                          P.O. Box 20207
                          Nashville, Tennessee 37202-0207
                          Phone: (615) 253-1103
                          Fax: (615) 532-4892
                          John.Glover@ag.tn.gov

1

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and exact copy of the foregoing was filed electronically and served via the court's electronic filing system on this the 10th day of May 2024, upon:

Angela L. Bergman (BPR 031981)
Brian D. Roar (BPR 020262)
Hannah E. Webber (BPR 036244)
BASS, BERRY, & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Phone: (615) 742-7738
Fax: (615) 742-6293
abergman@bassberry.com
broak@bassberry.com
Hannah.webber@bassberry.com

*Counsel for Plaintiff*

                 s/ *John R. Glover*
                 JOHN R. GLOVER