**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHRISTA PIKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:22-cv-00537** |
| | ) | |
| **v.** | ) | **District Judge Campbell** |
| | ) | |
| **FRANK STRADA, JOE MOORHEAD, TAUREAN JAMES, TERRY BARLOW, ASHLEE WHEELER, and JACQUELINE WILSON, each in their Official capacities,** | ) | **Magistrate Judge Newbern** |
| | ) | |
| **Defendants.** | ) | |

**ORDER OF DISMISSAL**

On September 16, 2024, pursuant to Federal Rule of Civil Procedure 41(a)(2) and in accordance with the terms and conditions of the Settlement Agreement fully executed as of September 5, 2024, among Plaintiff Christa Gail Pike ("Ms. Pike") and Frank Strada, in his official capacity as the Commissioner of the Tennessee Department of Correction ("Commissioner Strada"); Joe Moorhead, in his official capacity as Assistant Commissioner of Prisons for the Tennessee Department of Correction ("Assistant Commissioner Moorhead"); Taurean James, in his official capacity as Warden of the Debra K. Johnson Rehabilitation Center ("Warden James"); Terry Barlow, in his official capacity as Associate Warden of Security at the Debra K. Johnson Rehabilitation Center ("Associate Warden Barlow"); Ashlee Wheeler, in her official capacity as Associate Warden of Treatment at the Debra K. Johnson Rehabilitation Center ("Associate Warden Wheeler"); and Jacqueline Wilson, in her official capacity as Unit Manager of Unit Three at the Debra K. Johnson Rehabilitation Center ("Unit Manager Wilson") (collectively, "Defendants" and together with Ms. Pike, collectively, the "Parties"), the Parties jointly moved

the Court to enter an order dismissing this action and retaining jurisdiction to enforce the Settlement Agreement.

The Joint Motion is GRANTED and IT IS HEREBY ORDERED that subject to the terms of the Settlement Agreement, the civil action is now dismissed with prejudice as to all remaining claims in this action. This Court retains jurisdiction over the Parties to enforce the Settlement Agreement and to award remedies for any breach of the Settlement Agreement.

It is so **ORDERED.**

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE