IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CHRISTA PIKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:22-cv-00537** |
| | ) | |
| **v.** | ) | **District Judge Crenshaw** |
| | ) | |
| **FRANK STRADA, JOE MOORHEAD, TAUREAN JAMES, TERRY BARLOW, ASHLEE WHEELER, and JACQUELINE WILSON, each in their Official capacities,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Pending before the Court is Plaintiff Christa Pike's Emergency Motion to Enforce Settlement Agreement (Doc. No. ___). Pursuant to the Court's retained jurisdiction under Paragraphs 21 and 34 of the Parties' Settlement Agreement and its inherent authority to enforce settlement agreements, and for good cause shown, the Motion is GRANTED. It is ORDERED that Defendants shall:

1. Immediately cease the indefinite isolation of Ms. Pike and restore the conditions of the Individualized Plan set forth in Section B of the Settlement Agreement to the fullest extent consistent with her personal safety and documented medical needs; and
2. File a notice of compliance within [seven] days of entry of this Order.

It is so ORDERED.

______________________________
Waverly D. Crenshaw, Jr.
UNITED STATES DISTRICT JUDGE