**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHRISTA PIKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:22-cv-00537** |
| | ) | |
| **FRANK STRADA,** | ) | |
| **JOE MOORHEAD,** | ) | |
| **TAUREAN JAMES,** | ) | |
| **TERRY BARLOW,** | ) | |
| **ASHLEE WHEELER,** | ) | |
| **JACQUELINE WILSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

Pending before the Court is Christa Pike's Emergency Motion to Enforce Settlement Agreement (Doc. No. 151). The Settlement Agreement resolved Pike's federal constitutional and statutory claims regarding the conditions of her confinement. (Doc. No. 151-1). Pike now alleges that the Tennessee Department of Correction is in violation of the Settlement Agreement. (Doc. No. 151 at 7-9). Specifically, she alleges that she is being held in "isolation" in violation of the Settlement Agreement causing her "serious psychological harm and trauma." (Doc. no. 151-1 at 2). Accordingly, the Court rules as follows:

1. The Court has jurisdiction to enforce the Settlement Agreement based upon Paragraphs 21 and 34 of the Settlement Agreement and the Order entered on September 20, 2024. (Doc. No. 149).

2. Defendants shall respond to Pike's motion on or before **November 4, 2026**. Pike may file a reply on or before **November 6, 2026.**

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE