**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHRISTA PIKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:22-cv-00537** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FRANK STRADA, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## MOTION FOR SUBSTITUTION OF COUNSEL

---

Defendants respectfully request that Assistant Attorney General John W. Ayers be substituted for David Wickenheiser as counsel of record in this case for Defendants under Local Rule 83.01(h). Mr. Wickenheiser is no longer employed by the Office of the Tennessee Attorney General and should be terminated in this case. Undersigned counsel requests that he be notified of all pleadings, motions, orders, and correspondence in this matter.

Respectfully submitted,
JONATHAN SKRMETTI
ATTORNEY GENERAL & REPORTER

/s/*John W. Ayers*___________
JOHN W. AYERS (BPR No. 037494)
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
PO Box 20207
Nashville, TN 37202
(615) 741-3491
Will.Ayers@ag.tn.gov
*Counsel for Defendants*