IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **CHRISTA PIKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:22-cv-00537** |
| **v.** | ) | |
| | ) | |
| **FRANK STRADA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## NOTICE OF APPEARANCE

---

Undersigned counsel hereby gives notice of her appearance as counsel on behalf of all Defendants in this matter, and requests that court notices and service of all pleadings, motions, and other papers be directed to the undersigned.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Samantha P. Morris*
SAMANTHA P. MORRIS, BPR #038178
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-4469
Samantha.Morris@ag.tn.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify a true and exact copy of the foregoing has been filed via the Court's electronic filing system on October 30, 2026, to the following:

**Angela Lee Bergman**
**Brian D. Roark**
**Charlotte G. Elam**
**Hannah E. Webber**
**Mallie Myers Ganey**
Bass, Berry & Sims PLC (Nashville Office)
21 Platform Way South
Suite 3500
Nashville, TN 37203
abergman@bassberry.com
broark@bassberry.com
charlotte.elam@bassberry.com
hannah.webber@bassberry.com
mallie.myersganey@bassberry.com

*s/ Samantha P. Morris*
SAMANTHA P. MORRIS
Assistant Attorney General