Motion (155) is **GRANTED** and Doc. Nos. 156-1, 156-2, 156-3 shall be sealed.

Waverly D. Crenshaw, Jr.

US DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHRISTA PIKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:22-cv-537** |
| **v.** | ) | **Judge Crenshaw** |
| | ) | |
| **CHRISTOPHER HANSEN, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**MOTION AND MEMORANDUM OF LAW**
**FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

---

Under Local Rule 5.03 and the Agreed Protective Order in this case (D.35), Defendants move for leave to file three documents under seal:

- Exhibits 1 (Declaration of Dr. Eduardo Ortiz) and 2 (Declaration of Linda Thomas) to Defendants' Response to Plaintiff Christa Pike's Emergency Motion to Enforce Settlement Agreement;
- Exhibit 1 to Linda Thomas' declaration (Infirmary Post Orders).

The Parties have conferred on this matter, but due to the expedited briefing schedule, were unable to reach agreement on the specifics of redaction and filing under seal.

"The sealing or unsealing of documents is a matter of discretion bounded by a long-established legal tradition of the presumptive right of the public to inspect and copy judicial documents and files." *United States v. Se. Eye Specialists, PLLC*, No. 3:17-CV-00689, 2022 WL 474177, at *2 (M.D. Tenn. Feb. 16, 2022) (internal quotation marks omitted) (citing *Rudd Equip. Co., Inc. v. John Deere Constr. & Forestry Co.*, 834 F.3d 589, 593 (6th Cir. 2016)). Although there is a "strong presumption in favor of openness" regarding court records, there are certain interests