IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CHRISTA PIKE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHRISTOPHER HANSEN, *et al.*,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:22-cv-537**<br>**Judge Crenshaw** |

---

## NOTICE OF FILING UNREDACTED DOCUMENTS UNDER SEAL

---

Defendants hereby give notice of filing under seal of the unredacted documents referenced in the Court's Order (D.157).

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*<u>/s/ John W. Ayers</u>*
DONNA L. GREEN (BPR 019513)
Managing Attorney
CODY N. BRANDON (BPR 037504)
Deputy Attorney General
JOHN W. AYERS (BPR 037494)
Assistant Attorney General
SAMANTHA P. MORRIS (BPR 038178)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-3491
donna.green@ag.tn.gov
cody.brandon@ag.tn.gov
will.ayers@ag.tn.gov
samantha.morris@ag.tn.gov
*Counsel for Defendants*