**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHRISTA PIKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:22-cv-00537** |
| | ) | |
| **FRANK STRADA,** | ) | |
| **JOE MOORHEAD,** | ) | |
| **TAUREAN JAMES,** | ) | |
| **TERRY BARLOW,** | ) | |
| **ASHLEE WHEELER,** | ) | |
| **JACQUELINE WILSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Oral argument is set for **December 1, 2026, at 3:30 p.m.** on Plaintiff's Emergency Motion to Enforce Settlement Agreement Incorporated Memorandum of Law (Doc No. 151).

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE